RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SHARI L. KAUFMAN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Shari_Kaufman@fd.org

Attorney for Willie Strickland, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIE STRICKLAND, JR.,<br><br>        Defendant. | Case No. 2:18-cr-167-RFB-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Shari L. Kaufman, Assistant Federal Public Defender, counsel for Willie Strickland, Jr., that the Sentencing Hearing currently scheduled on January 22, 2019 at 10:00 a.m., be vacated and continued to a date and time convenient to this Court, but no sooner than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant has been in trial and needs additional time to complete a PSR interview.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 11th day of December, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By */s/ Shari L. Kaufman*<br>SHARI L. KAUFMAN<br>Assistant Federal Public Defender | By */s/ Elham Roohani*<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>WILLIE STRICKLAND, JR.,<br><br>      Defendant. | Case No. 2:18-cr-167-RFB-VCF<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled on January 22, 2019 at the hour of 10:00 a.m., be vacated and continued to March 15, 2019 at the hour of 2:00 p.m.

DATED this 12th day of December, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE